SAMUEL SCHOEN, Respondent, *v.* SAMUEL W. STOLOFF, Defendant, and ESTHER BERNSTEIN, Appellant.

(Submitted November 25, 1929; decided December 3, 1929.)

*Irving Moldauer* for motion.
*Charles Pearle* and *Joseph J. Schwartz* opposed.

Motion to dismiss appeal denied on payment of ten dollars costs by appellant to respondent.